

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-83,654-01

**EX PARTE ZERRICK MARQUIS OGIEMWONYI, Applicant**

ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 1420319-A IN THE 184TH DISTRICT COURT
FROM HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to seven years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was rendered involuntary and his due process rights were violated. *See Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014).

We agree. Relief is granted. The judgment in cause number 1420319 in the 184th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris

County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: August 26, 2015
Do not publish